72 F.3d 123
 Aror Ark O'Diah and Family
v.
Roadway Packages Systems, Inc., State of California,
Governor, State of CA Attorney General, Regents of
University of CA, University of Cal., State of Illinois,
Governor, State of Illinois Attorney General, City of
Chicago, Mayor, Circuit Court of Cook County at Richard
Daley Center, CA Workers Compensation Appeals Board, Rose
Marie Sanchez, CA State Automobile Association
Inter-Insurance Bureau, Real Estate Store, Inc.
 NO. 95-1333
 United States Court of Appeals,
Third Circuit.
 Nov 29, 1995
 
 Appeal From: E.D.Pa., No. 94-01267,
 Hutton, J.
 
 
 1
 AFFIRMED.